# EXHIBIT B



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

SOP / ALL
Transmittal Number: 15272734
Date Processed: 06/16/2016

| | |
|---|---|
| Primary Contact: | Pamela Beyer<br>The Travelers Companies, Inc.<br>385 Washington Street, MC 515A<br>Saint Paul, MN 55102 |
| Entity: | TravCo Insurance Company<br>Entity ID Number 2317365 |
| Entity Served: | TravCo Insurance Company |
| Title of Action: | Yi Huey Kuo vs. Travco Insurance Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Queens County Supreme Court, New York |
| Case/Reference No: | 706496/16 |
| Jurisdiction Served: | New York |
| Date Served on CSC: | 06/15/2016 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | NY-Department of Financial Services on 06/08/2016 |
| How Served: | Regular Mail |
| Sender Information: | Craig A. Blumberg<br>212-346-0808 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



**NEW YORK STATE
DEPARTMENT *of*
FINANCIAL SERVICES**

| | |
|---|---|
| Andrew M. Cuomo<br>Governor | Maria T. Vullo<br>Acting Superintendent |

STATE OF NEW YORK

Supreme Court, County of QUEENS

---

                                                                                                  706496/16

Yi Huey Kuo                                                 Plaintiff(s)

against

                                                                    Defendant(s)

TravCo Insurance Company

---

RE : TravCo Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Complaint in the above entitled action on June 08, 2016 at New York, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

      Law Office of Craig A. Blumberg
      Craig A. Blumberg
      15 Maiden Lane
      20th Floor
      New York, New York 10038

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

      Corporation Service Company
      TravCo Insurance Company
      80 State Street
      Albany, New York 12207-2543

*Jacqueline Catalfamo*

**Jacqueline Catalfamo
Special Deputy Superintendent**

Dated Albany, New York, June 10, 2016
572153

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

YI HUEY KUO,

                     Plaintiff,

- against -

TRAVCO INSURANCE COMPANY,

                     Defendant.

Index # 706496/16
Date Filed: June 2, 2016
Plaintiff designates Queens County as the place of trial.
The basis of the venue is Plaintiff's residence address

**SUMMONS**

Plaintiff's address is
8165 Dongan Avenue
Elmhurst, NY 11373

To the above named Defendant:

        **You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
        June 2, 2016

                                  CRAIG A. BLUMBERG
                                  LAW OFFICE OF CRAIG A. BLUMBERG
                                  Attorneys for Plaintiffs
                                  Office and Post Office Address
                                  15 Maiden Lane, 20th Floor
                                  New York, NY 10038-4003
                                  (212) 346-0808

Defendant's Address
for Service of Process:
New York State Department of Financial Services
1 State Street
New York, NY 10004

g:\2615\summons

FILED: QUEENS COUNTY CLERK 06/10/2016 12:42 PM        INDEX NO. 706496/2016
NYSCEF DOC. NO. 2                                     RECEIVED NYSCEF: 06/10/2016

SUPREME COURT OF THE STATE OF NEW YORK　　　　　　　　　Attorney: LAW OFFICE OF CRAIG
COUNTY OF QUEENS　　　　　　　　　　　　　　　　　　　　　　　　　　BLUMBERG - 1980

YI HUEY KUO　　　　　　　　　　　　　　　　　　　　　　　　　　　　Index #: 706496/2015

　　　　　　　　　　　　　　　　　　　　　Plaintiff(s)

　　　　　　　　- against -　　　　　　　　　　　　　　　　　　　　　　Purchased: June 2, 2016
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date Filed:

TRAVCO INSURANCE COMPANY　　　　　　　　　　　　　　　　　**AFFIDAVIT OF SERVICE**

　　　　　　　　　　　　　　　　　　　　　Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 8, 2016 at 03:56 PM at

THE OFFICE OF THE SUPERINTENDENT OF INSURANCE
1 STATE STREET 19TH FLOOR
NEW YORK, NY 10004

deponent served the within true copy of the SUMMONS & COMPLAINT on TRAVCO INSURANCE COMPANY, the defendant/respondent therein named,

**INSURANCE**　　by service upon the N.Y.S. Superintendant of Insurance and tendering the required fee of $40.00. Said documents were accepted by MICHELLE BIRNBAUM, LEGAL CLERK who is authorized to accept.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 52 | 5'2 | 180 |
| GLASSES | | | | | |

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on:  June 8, 2016

Linda Forman　　　　　　　　　　Robin Forman　　　　　　　　　Gotham Process Inc.　　　　　　　**SIEH CLARK**
Notary Public, State of New York　Notary Public, State of New York　299 Broadway　　　　　　　　　License #: 1187234
No. 01FO5031305　　　　　　　　No. 01FO6125415　　　　　　　　New York NY  10007
Qualified in New York County　　　Qualified in New York County　　　　　　　　　　　　　　　　　　Docket #:　　*991285*
Commission Expires August 1, 2018　Commission Expires April 18, 2017

1 of 1