UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YI HUEY KUO, <br><br> Plaintiff, <br><br> v. <br><br> TRAVCO INSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: 1:16-cv-03806-FB-RLM <br><br> **STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff Yi Huey Kuo and Defendant TRAVCO Insurance Company, that the parties having agreed to resolve the above-captioned action pursuant to the terms of the Settlement and Release Agreement, duly executed by the parties on May 10, 2018, this action is now fully settled and shall be dismissed in its entirety, with prejudice, and without costs to either party.

| | |
|---|---|
| **LAW OFFICE OF CRAIG A. BLUMBERG** <br> Attorneys for Plaintiff <br><br> By: /s/ <br> Craig A. Blumberg, Esq. <br> 15 Maiden Lane, 20th Floor <br> New York, NY 10038-4003 <br> (212) 346-0808 <br> craig@lawofficecab.com | **FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC** <br> Attorneys for Defendant <br><br> By: /s/ <br> Gregory M. McHugh, Esq. <br> 5 Penn Plaza, 23rd Floor <br> New York, New York 10001 <br> -and- <br> 67 East Park Place, Suite 901 <br> Morristown, New Jersey <br> (973) 343-4960 <br> gregory.mchugh@finazzolaw.com |

Dated: May ___, 2018

IT IS SO ORDERED:

_____
HONORABLE FREDERIC BLOCK, D.J.